IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

11 JAN -6 PM 2: 26

Bobby Mosby - 10134904
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Police Officer Keane #1991
Police Officer Linville #1927
Memphis Police Department

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A. Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using
       the same outline.)

       1. Parties to this previous lawsuit
       Plaintiffs: _____
                   _____

       Defendants: _____
                   _____

       2. Court (if federal court, name the district; if state court, name the county):
          _____
       3. Docket Number: _____
       4. Name of judge to whom case was assigned: _____
       5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still
          pending?)
          _____
       6. Approximate date of filing lawsuit: _____

       7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: Shelby County Detention Center - Memphis

A. Is there a prisoner grievance procedure in the institution?

Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( ) No (✓)

C. If your answer is Yes:
   1. What steps did you take? _____
   _____
   2. What was the result? _____
   _____

D. If your answer is No, explain why not: _____
_____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Bobby Mosby - 10134904

Address Shelby County Detention Center, 201 Poplar, Memphis, TN 38103

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Police Officers Linville #1927 & Keane #1991 is employed as _____

at _____

C. Additional Defendants: Memphis Police Department, 201 Poplar, Memphis, TN 38103

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On Sept. 19, 2009, in downtown Memphis, I was seized by police officers Keane & Linville. Officer Keane had framed me before. I had become an obsession with him. I am charging Keane #1991 & Linville #1927 with planting evidence twice in one night, with police oppression, with false arrest, with unlawful imprisonment, with swearing out false affidavit which had no alleged essential elements that constituted an offense. None.

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To say my constitutional and civil rights were violated is an under statement. Naturally I expect to receive financial compensation for my financial lost and other hardships and sufferances. Of course I look forward to punitive damage. If I may, I also seeks an injunction against these people so this type of thing doesn't happen again.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __1__ day of __7__, 20_11_.

_Bobby M_____

(Signature of Plaintiff/Plaintiffs)

Revised 4-18-05

Mosby 10134904
3-10-4
Shelby County Jail
201 Poplar
Memphis, TN. 38103

Office of the Clerk
U.S. District Court
TNWD
242 Federal Building
Memphis, TN. 38103

RECEIVED
11 JAN -6 PM 2:26
THOMAS M GOULD
CLERK US DISTRICT COURT
W/D OF TN MEMPHIS



U.S. POSTAGE PAID
MEMPHIS, TN
38118
JAN 05, 11
AMOUNT
$1.22
0008513I-11

UNITED STATES POSTAL SERVICE
1000
38103

Bobby Mosby 10134904
3-D-4
Shelby County Jail
201 Poplar
Memphis, TN. 38103

RECEIVED
11 JAN -6  PM 2: 26
THOMAS ...
CLERK US DISTRICT COURT
W/D OF TN MEMPHIS

Office of the Clerk
U.S. District Court
TNWD
242 Federal Building
Memphis, TN. 38103



UNITED STATES POSTAL SERVICE
1000
38103